PHILLIP A. TALBERT
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case Nos.: 5:16-po-00060-JLT-1 |
|---|---|
| Plaintiff, | |
| v. | MOTION AND [PROPOSED] ORDER FOR DISMISSAL OF CASES AND RECALL OF WARRANTS AND/OR ABSTRACTS |
| FAITH LINDSTORM | |

The United States of America, by and through Phillip A. Talbert, United States Attorney, and Jeffrey A. Spivak, Assistant United States Attorney, hereby moves to: 1) Dismiss the cases listed in Attachment "A" (attached hereto and incorporated herein by reference) in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure; and 2) Recall any and all warrants and/or abstracts associated with the cases listed in Attachment "A."

///

///

///

///

1

1  The United States believes that prosecution of the citations is no longer advisable or practicable
2  due to lapse of time or insufficiency of evidence.

3

4  DATED: December 31, 2024            Respectfully submitted,

5                                      PHILLIP A. TALBERT
                                       United States Attorney
6
                                  By:  /s/ *Jeffrey A. Spivak*
7                                      JEFFREY A. SPIVAK
                                       Assistant United States Attorney
8

**O R D E R**

IT IS HEREBY ORDERED on the motion of the United States of America pursuant to Fed. R. Crim. P. 48(a) that the cases attached hereto in Attachment "A" are DISMISSED and that any outstanding warrants and/or abstracts are RECALLED.

DATED: January 17, 2025

_____
UNITED STATES MAGISTRATE JUDGE

ATTACHMENT "A"

[Cases to be Dismissed and Warrants Recalled]

|    | ECF Case Number | Defendant Name | Violation |
|----|-----------------|----------------|-----------|
| 1  | 5:16-po-00060-JLT | LINDSTORM, FAITH A | 4733016 |
| 2  | 5:16-po-00076-JLT | PACHECO-OLIVARES, MARIO | F3878986 |
| 3  | 5:16-po-00213-JLT | MAGOMEDGADZHIEV, RUSLAN | F4555826 |
| 4  | 5:16-po-00299-JLT | QUICK, DANIEL | F4860527 |
| 5  | 5:16-po-00312-JLT | DELAROSA-PONCE, LUIS ROMAN | FAXG005D |
| 6  | 5:16-po-00332-JLT | TAPIA, DARNELL AYALA | FBBP0036 |
| 7  | 5:16-po-00338-JLT | ARVIZU, STEVEN F | F4845629 |
| 8  | 5:16-po-00355-JLT | MENDOZA-SERMENO, JUAN | F4884796 |
| 9  | 5:16-po-00360-JLT | TORRES, ALECIA MARIE | F4884789 |
| 10 | 5:17-po-00006-JLT | PARKER, CHRISTOPHER | F4852351 |
| 11 | 5:17-po-00106-JLT | LABRADO, BRANDON J | FBBP003N |
| 12 | 5:17-po-00137-JLT | CRAIG, JORDAN | 6459702 |
| 13 | 5:17-po-00166-JLT | GILMORE, BREANNA | 7056880 |
| 14 | 5:17-po-00258-JLT | LAPADAT, ION | 6552335 |
| 15 | 5:17-po-00387-JLT | HULL, MELISSA | 6459866 6459867 |
| 16 | 5:17-po-00505-JLT | MARTINSON, NICOLE RENEE | F4852266 |
| 17 | 5:17-po-00507-JLT | ROMERO, DIEGO | F4851695 |
| 18 | 5:17-po-00507-JLT | ROMERO, DIEGO | F4851694 |
| 19 | 5:17-po-00507-JLT | ROMERO, DIEGO | F4851693 |
| 20 | 5:17-po-00507-JLT | ROMERO, DIEGO | F4851692 |
| 21 | 5:17-po-00508-JLT | SENRA, GUILLERMO E | F4851852 |
| 22 | 5:17-po-00510-JLT | WILLIAMS, JOSHUA | F4851690 |
| 23 | 5:17-po-00581-JLT | KUIPERS, THOMAS ANDREW | F4859179 |
| 24 | 5:18-po-00013-JLT | DELEON, SELVIN | F4857650 |
| 25 | 5:18-po-00022-JLT | RAMIREZ, PEDRO | F4861404 |
| 26 | 5:18-po-00039-JLT | JEFFREYS, STEVEN | F4852630 |
| 27 | 5:18-po-00040-JLT | LUCIO-PATINO JR, DEONICIO | 7054608 |
| 28 | 5:18-po-00041-JLT | SUBACH, DEMITRY | F4852627 |
| 29 | 5:18-po-00042-JLT | MONTES JR, FRED J | F4852629 |
| 30 | 5:18-po-00042-JLT | MONTES JR, FRED J | F4852628 |
| 31 | 5:18-po-00044-JLT | COLBURN, DELORES | 7054605 |
| 32 | 5:18-po-00045-JLT | GILSDORF, JESSE | 7054606 |
| 33 | 5:18-po-00052-JLT | TORRES-VEGA, XIOMARA LIZETTE | F4852634 |
| 34 | 5:18-po-00109-JLT | ORTIZ, JOSHUA D | F4860506 |
| 35 | 5:18-po-00128-JLT | FLEWELLING, DIONNE | F4852635 |
| 36 | 5:18-po-00145-JLT | GOODWIN, SHANNON | F4852641 |
| 37 | 5:18-po-00257-JLT | CARPENTER, BILLY J | F4852686 |

| | | | |
|---|---|---|---|
| 38 | 5:18-po-00260-JLT | DELGADO, BRENDA M | F4852364 |
| 39 | 5:18-po-00260-JLT | DELGADO, BRENDA M | F4852363 |
| 40 | 5:18-po-00262-JLT | MCCLEARY, TIMOTHY S | 6999620 |
| 41 | 5:18-po-00263-JLT | MELENDEZ, ARTURO | F4852689 |
| 42 | 5:18-po-00266-JLT | TEMPLETON, JOHN J | F4852009 |
| 43 | 5:18-po-00273-JLT | CAPERALE, MARK | F4861413 |
| 44 | 5:18-po-00274-JLT | DICKERSON, RAYMOND | F4859133 |
| 45 | 5:18-po-00274-JLT | DICKERSON, RAYMOND | F4859132 |
| 46 | 5:18-po-00288-JLT | ROSE, BRANDON CLARK | 7570913 |
| 47 | 5:18-po-00295-JLT | VARLI, ENES | 7570910 |
| 48 | 5:18-po-00296-JLT | WARD, MICHAEL A | F4861409 |
| 49 | 5:18-po-00299-JLT | ABERT, THERESA M | FBBP0041<br>FBBP004H<br>FBBP004G<br>FBBP004F |
| 50 | 5:18-po-00302-JLT | CARPENTER, BILLY J | F4851871<br>F4851870 |
| 51 | 5:18-po-00313-JLT | MOBERLY, THOMAS | F4852691 |
| 52 | 5:18-po-00323-JLT | REED, TABATHA J | F4852675 |
| 53 | 5:18-po-00328-JLT | SCOTT, ERICK | F4852693 |
| 54 | 5:18-po-00332-JLT | WILLIAMS, JASON | F4851869 |
| 55 | 5:18-po-00340-JLT | DYKE, MIKLOS | FBBP004T |
| 56 | 5:18-po-00343-JLT | KHAN, ADNAN | F4852734 |
| 57 | 5:18-po-00347-JLT | LEE, SPRING | F4852728 |
| 58 | 5:18-po-00351-JLT | NELSON, RICK J | FBBP004P |
| 59 | 5:18-po-00426-JLT | COLE, JONATHAN B | F5378682 |
| 60 | 5:18-po-00461-JLT | WELLS, GRETCHEN S | 6459915 |
| 61 | 5:18-po-00465-JLT | SALISBURY, CHARLES A | FBBP004V |
| 62 | 5:19-po-00007-JLT | ANZALDO, ABEL M | F5463383 |
| 63 | 5:19-po-00031-JLT | JAMES, LARRY G | FBBP0053 |
| 64 | 5:19-po-00035-JLT | VENTURAROJAS, MAURICIO | F5208057 |
| 65 | 5:19-po-00078-JLT | VANHOUTIN, JENNIFER | 7528392 |
| 66 | 5:19-po-00078-JLT | VANHOUTIN, JENNIFER | 7528391 |
| 67 | 5:19-po-00116-JLT | FAGAN, ADELAINE | 7570653 |
| 68 | 5:19-po-00163-JLT | MARQUEZ, RICK A | F5195551 |
| 69 | 5:19-po-00297-JLT | IRWIN, KILEY R | F4849453 |
| 70 | 5:19-po-00320-JLT | BECK, BRIAN | 9379336 |
| 71 | 5:19-po-00323-JLT | RODRIGUEZ, BRIDGET C | F5323324<br>F5323325<br>F5323251 |
| 72 | 5:19-po-00336-JLT | SANCHEZTOLENTINO, AMADO T | F5195504 |
| 73 | 5:19-po-00342-JLT | HOFFMAN, JOSHUA M | FBHV0005 |
| 74 | 5:18-po-00448-JLT | PARSONS, DENNIS | F4860594 |


| 75 | 5:20-po-00050-JLT | KIRSCHENMANN, COLBY J | 7570898 |
| 76 | 5:20-po-00128-JLT | WINTON, AMY LYNN | FBBP005L |
| 77 | 5:20-po-00131-JLT | ALMUDARRIS, JAMES K | FBBP005Y |
| 78 | 5:20-po-00138-JLT | EBRON, LEONARD KIRK | FBBP005T |
| 79 | 5:20-po-00143-JLT | INGLE, JARED | 9379203 |
| 80 | 5:20-po-00149-JLT | WHITE, JASON LEE | F5207914 |
|  |  |  |  |